UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MAT JESSOP,

    Plaintiff,

v.                                          Case No. 6:18-cv-1741-Orl-37DCI

EVERI PAYMENTS, INC.,

    Defendant.
_____

## **ORDER**

Parties filed a Joint Motion to Stay, or in the Alternative for an Extension of Remaining Case Management Deadlines. (Doc. 96 ("**Motion**").) In support, they explain this Fair and Accurate Credit Transactions Act ("**FACTA**") case is one of fourteen other putative FACTA-related class actions filed against Defendant Everi Payments, Inc. (*Id.* at 1.) A global mediation is scheduled for these cases in January 2020. (*Id.* at 2.) Parties now move for a stay, or, alternatively, a 120-day extension of the deadlines in the Amended Case Management and Scheduling Order (Doc. 65 ("**CMSO**")), to allow time for them to prepare and participate in the global mediation.[1] (Doc. 96.) The Court denies the stay but grants the request for the 120-day extension, finding good cause.

---

[1] Parties also argue that a stay would permit a ruling by this Court on then-Defendant Penn National Gaming, Inc.'s Motion to Dismiss (Doc. 87), but the point is now moot because the Court has issued an order on the Motion to Dismiss (Doc. 102). (*See* Doc. 96.)

-1-

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Stay, or in the Alternative For An Extension of Remaining Case Management Deadlines (Doc. 96) is **GRANTED IN PART** and **DENIED IN PART:**

    a. The Court **GRANTS** the Motion to the extent it extends the CMSO deadlines by 120 days.

    b. In all other respects, the Motion is **DENIED.**

2. The Court will issue an amended CMSO reflecting the new deadlines.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 28, 2019.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record