UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MAT JESSOP,

        Plaintiff,

v.                        Case No: 6:18-cv-1741-Orl-37DCI

EVERI PAYMENTS, INC.,

        Defendant.
_____

## ORDER OF DISMISSAL

The parties have filed a Joint Stipulation of Dismissal Without Prejudice (Doc. 106). The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz*, *LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, it is

**ORDERED** that this case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 13, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record